United States District Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ONEYRI DESPAIGNE CELESTINO,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-08618** |
| | § | |
| **RANDY TATE, *et al.*,** | § | |
| | § | |
| ***Respondents*.** | § | |

**ORDER**

Before the Court is Petitioner Oneyri Despaigne Celestino's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondent's Motion for Summary Judgment (ECF No. 6). The Court received a Notice of Intent and Request for Leave to Remove from Respondents on October 16, 2026, which indicated that Respondents are prepared to imminently remove Mr. Celestino to the Central African Republic. Respondents assert that the Central African Republic has agreed to accept Mr. Celestino into the country and he may be removed within the next five days. The Court hereby **ORDERS** the following:

1. The Court's previous Stay of Transfer or Removal (ECF No. 4) is **VACATED**; and,
2. The Court further **ORDERS** that Respondents file an advisory with the Court on or before October 26, 2026, informing the Court of the status of Petitioner's removal.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 16th day of October, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE