United States District Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ONEYRI DESPAIGNE CELESTINO,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-08618** |
| | § | |
| **RANDY TATE, *et al.*,** | § | |
| | § | |
| ***Respondents*.** | § | |

**ORDER**

Petitioner Oneyri Despaigne Celestino has filed a Petition for Writ of Habeas Corpus (ECF No. 1) and a Motion for Reconsideration of the Court's Order to Lift the Stay of Removal (ECF No. 8). Respondents have filed a Motion for Summary Judgment (ECF No. 6). The Court has set a hearing on the Petition, Motion for Summary Judgment, and Motion for Reconsideration for Wednesday, October 28, 2026, at 2:00 PM. Respondents are hereby **ORDERED** to ensure that Petitioner can participate in that hearing in person at the United States Courthouse, 515 Rusk St, Courtroom 3A, Houston, Texas.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 22nd of October, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE