United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ONEYRI DESPAIGNE CELESTINO,** | § | |
| | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:26-cv-08618** |
| | § | |
| **RANDY TATE, *et al*,** | § | |
| | § | |
| | § | |
| ***Defendants*.** | § | |

**ORDER**

Before the Court is Respondents' Motion for Continuance of the hearing set for Wednesday, October 28, 2026 in this matter. ECF 12. Petitioner is currently receiving medical care and unable to attend the hearing. The Court finds that the Motion should be and is hereby **GRANTED**. The hearing is re-set to November 12, 2026, at 2:30 pm.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 27th of October, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE